Eastern District of Kentucky
F I L E D
JUL 2 8 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 04-417--GWU

JEFFREY SHEPHERD,                                              PLAINTIFF,

VS.                              **ORDER**

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,                               DEFENDANT.

* * * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)   the Defendant's motion for summary judgment is GRANTED to the extent that sedentary jobs were identified by the vocational expert;

(2)   the Plaintiff's motion for summary judgment is DENIED; and

(3)   the administrative decision will accordingly be AFFIRMED to the extet that sedentary jobs were identified, by separate Judgment entered this same date.

This the  28  day of July, 2005.

G. WIX UNTHANK
SENIOR JUDGE